```
1  J.M. IRIGOYEN LAW CORPORATION #177626
   J.M. IRIGOYEN,
2  Attorney at Law
   2131 Amador
3  Fresno, CA 93721

4  (559) 233-3333

5  Attorney for Defendant
   NICHOLAS JOHN LATTANZIO
6
```

FILED
2005 OCT 27  A 11: 06
CLERK, US DIST COURT
E... CALIF

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICHOLAS JOHN LATTANZIO,<br><br>    Defendant. | Case No. F. NO.01-5440 OWW<br><br>**REQUEST TO RELEASE SURRENDERED PASSPORT AND ORDER THEREON** |

As a condition of pretrial release on 11-25-05, Defendant, **NICHOLAS JOHN LATTANZIO**, surrendered his passport (No. 03961886) and agreed not to obtain a new passport. The above orders are no longer in effect as Defendant has already completed his 24 month prison commitment. Accordingly, Defendant **LATTANZIO** requests the Court release his passport to his attorney of record, J.M. Irigoyen.

Dated: 10-21-05
J.M. IRIGOYEN LAW CORPORATION

s/J.M. Irigoyen

by: J.M. Irigoyen, Esq.
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: 10-25-05

Hon. OLIVER WANGER
DISTRICT COURT JUDGE

1