PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:01CR005440** |
| ) | |
| **Nicholas John Lattanzio** ) | |

On June 6, 2005, the above-named was placed on Supervised Release for a period of 3 years. Mr. Lattanzio has complied with the rules and regulations of supervision with the exception of restitution. Although Mr. Lattanzio has consistently submitted regular monthly restitution payments, his balance is substantial that even continuing supervision in this case would not be feasible. Mr. Lattanzio has a restitution balance of $1,315,976.00, having paid $1,125. With less than 12 months remaining on supervision, it is recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**Jose T. Pulido
United States Probation Officer**

Dated:   November 16, 2007
         Fresno, California
         jtp

**REVIEWED BY:**   /s/ Bruce A. Vasquez
                 **BRUCE A. VASQUEZ
                 Supervising United States Probation Officer**

**Re:   Nicholas John Lattanzio**
      **Docket Number:   1:01CR005440**
      **ORDER TERMINATING SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   December 6, 2007**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE